UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEISA GAIL DUNCAN, </br></br> Plaintiff, </br></br> vs. </br></br> CAROLYN W. COLVIN, </br> **Acting Commissioner of Social Security,** </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )  No. CIV-24-630-R </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER

Before the Court is Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [Doc. No. 17] requesting an award of attorney fees in the amount of $5,296.10. Defendant filed a response [Doc. No. 18] indicating that the parties have agreed that an award of $5,020.00 is reasonable in this case.

Accordingly, Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act is GRANTED in part. Pursuant to the parties' stipulation, the Court orders that attorney fees be awarded under EAJA in the amount of $5,020.00, payable to Plaintiff in care of her attorney, subject to offsets for debts to the federal government. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 31st day of January, 2025.

*[signature: David L. Russell]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE